# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTLINER, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD HEALING CENTER CHURCH, INC., a Florida corporation, doing business as BENNY HINN MINISTRIES,<br><br>    Defendant. | Case No. 13-CV-1998 MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>[Doc. No. 41] |

Having considered the Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(A)(1)(A)(II), and in light of the reported settlement agreement that the parties represent to have entered into, and good cause appearing therefore, the Court **ORDERS** as follows:

**IT IS HEREBY ORDERED** that all matters that have been or could have been the subject matter of any claims, counterclaims, defenses, or otherwise asserted by WORLD HEALING CENTER CHURCH, INC., d/b/a Benny Hinn Ministries ("DEFENDANT" or "WHCC") against FRONTLINER, INC. ("PLAINTIFF" or "FRONTLINER"), are **DISMISSED** in their entirety with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

**IT IS HEREBY FURTHER ORDERED** that all matters that have been or could have been the subject matter of any claims, counterclaims, defenses, or otherwise asserted by FRONTLINER against WHCC are **DISMISSED** in their entirety, without prejudice, with each party to bear his, her or its own attorneys' fees and costs.

The Clerk is instructed to close this case.

**IT IS SO ORDERED.**

DATED: May 8, 2014

Hon. Michael M. Anello
United States District Judge